ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO<br><br>Peticionario<br><br>V.<br><br>SUCESIÓN DE RODOLFO SANTOS RODRÍGUEZ COMPUESTA POR KENNETH RODOLFO SANTOS CAQUIAS Y OTROS<br><br>Recurridos | TA2025CE00382 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2025CV01830<br><br>Sobre:<br><br>Cobro de Dinero Ordinario y Otros |

Panel integrado por su presidenta, la Juez Grana Martínez, el Juez Ronda Del Toro y la Juez Lotti Rodríguez

**Ronda Del Toro, Juez Ponente**

# SENTENCIA

En San Juan, Puerto Rico, a 9 de septiembre de 2025.

Considerada la *Moción de Desistimiento,* presentada por la parte peticionaria Lcda. Rosa M. González Lugo el 8 de septiembre de 2025, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob Enmdas.*, Reglamento TA, 2025 TSPR 42, 215 DPR ___ (2025), se ordena el archivo de este caso por desistimiento.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones